UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICA GOODMAN,

    Plaintiff,

v.

MINDMAZE, INC.

    Defendant.

Case No. 24-cv-12619
Hon. Matthew F. Leitman

_____/

## ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING

In this action, Plaintiff Alicia Goodman alleges that Defendant MindMaze, Inc. breached a release agreement that the parties had executed under which MindMaze had promised to pay Goodman "a severance of nine months' base salary, bonus payment of 100% for two months, and an equity or cash equivalent payout." (Compl. at ¶ 30, ECF No. 1, PageID.7.) Goodman served MindMaze with the Complaint on December 26, 2024. (*See* Certificate of Service, ECF No. 3.) MindMaze has not appeared in this action, and it has not filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against MindMaze on January 23, 2025. (*See* Default, ECF No. 5.)

On February 21, 2025, Goodman filed a motion for a default judgment against MindMaze. (*See* Mot., ECF No. 6.) The Court has now issued a Notice of

1

Hearing setting that motion for a Zoom electronic hearing on **April 11, 2025, at 10:00 a.m.** (*See* ECF No. 9.)

By no later than **March 17, 2025**, Goodman shall serve MindMaze with (1) the Notice of Hearing, (2) this order, (3) the Zoom link provided by the Court so that MindMaze can access the Zoom hearing, and (4) a proposed default judgment. In addition, by no later than **March 17, 2025**, Goodman shall file a Certificate of Service on the docket confirming that she has served MindMaze with those documents. Finally, by no later than **March 17, 2025**, Goodman shall submit a proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126