# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALICIA GOODMAN,

       Plaintiff,

v.

MINDMAZE, INC.,

       Defendant.

Case No. 24-cv-12619
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This matter having come before the Court on Plaintiff's Alicia Goodman ("Plaintiff") Motion for Default Judgment against Defendant MindMaze, Inc., ("Defendant") (ECF No. 6) pursuant to Federal Rule of Civil Procedure 55(b); the Court having reviewed the submissions; and the Court being fully advised of the premises;

**IT IS HEREBY ORDERED AND ADJUDGED**, that Plaintiff's Motion for Default Judgment is **GRANTED** against Defendant for the reasons stated on the record on April 11, 2025.

**IT IS SO ORDERED**.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  April 14, 2025

60105606.1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2025, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126