UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICA GOODMAN,

    Plaintiff,                                         Case No. 24-cv-12619
                                                          Hon. Matthew F. Leitman

v.

MINDMAZE, INC.

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Granting Plaintiff's Motion for Default Judgment entered on April 14, 2025,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff and against Defendant in the amount of $113,412.50.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is entitled to post-judgment interest at the legal rate from April 21, 2025, until Defendant satisfies this Judgment.

                                                                   KINIKIA ESSIX
                                                                   CLERK OF COURT

                                           By:    s/Holly A. Ryan
                                                              Deputy Clerk

Approved:

s/Matthew F. Leitman                       Dated:  June 3, 2025
MATTHEW F. LEITMAN                Detroit, Michigan
United States District Judge